The People of the State of New York ex rel. James W. Morrell v. William E. Dold.— Motion denied, with ten dollars costs.

Theresa Nicholson v. New York City Railway Company.— Motion for reargument denied; leave to go to Court of Appeals granted.

Annie Gallagher v. Edgar B. Newman.— Motion denied, with ten dollars costs.

In the Matter of Blackwells Island Bridge.— Motion denied, with ten dollars costs.

Pierce, Butler and Pierce Manufacturing Company v. American Bonding Company of Baltimore.— Motion denied, with ten dollars costs.

J. Fred Pierson v. James Hughes and Another.— Application granted.

Charles S. Collyer v. Abraham P. Krakauer.— Application granted.

Meyer Lipschitz v. Simon Halperin. Niles-Bement-Pond Company v. Gustav Ury. Hugh Hill v. Charles Muller.— Applications denied, with ten dollars costs in each case.

Hugh Hill and Another v. Charles Muller. (No. 2.) — Application granted.

In the Matter of Change of Grade Commission.— Extension of time granted.

August Stern v. Eva Stern.— Motion for stay denied, with ten dollars costs.

Melville Morris v. Gotham Attucks Music Company.— Motion denied, with ten dollars costs.

William Crompton v. Charles G. Dobbs and Another.— Motion denied, with ten dollars costs.

George G. Dewsnap v. Moses Matthews and Another.— Motion denied, with ten dollars costs.

William J. Burke v. Manhattan Railway Company and Others.— Application for leave to substitute amended points granted.

James Veitch v. The City of New York.— Motion granted, with ten dollars costs and stay of proceedings vacated.

John C. Rodgers and Others v. The Mayor, etc.— Motion to dismiss appeal granted, with ten dollars costs.

Elizabeth Kenny v. Richard Berls.— Motion to dismiss appeal granted, with ten dollars costs.

George G. Belden, as Administrator, etc., v. William Belden and Others.— Motion denied, with ten dollars costs.

Sigmund Rosenwald v. Bernhard Baron.— Motion to dismiss appeal granted, with ten dollars costs.

In the Matter of Frederick R. Roberts, Respondent. John Schwarzkopf, Appellant.— Motion to dismiss appeal granted, with ten dollars costs. See memorandum.

Henry W. Rudd v. McClean Arms and Ordnance Company. (2 cases.) See memorandum.

William A. Pitt v. The Turbine Engineering Company.— Motion to dismiss appeal granted, with ten dollars costs.

John R. Smith v. Rebecca Smith.— Motion denied.

West Hudson County Trust Company v. Robert H. Waldron.— Motion denied.

John Delahunty v. Richard A. Canfield.— Motion denied, with ten dollars costs.